*Brooklyn Railway Co.*, 122 id. 364.) The order appealed from is also defective in that it does not recite that " the conduct of the party has been such as to defeat, impair, impede or prejudice the right or remedy of the other party to the proceeding." (*Feinberg* v. *Kutcosky*, 147 App. Div. 393.) (See, also, Judiciary Law, § 770, and cases cited.) Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ., concur.

HERMAN I. KAPLAN and MOSES ROSENSTOCK, Respondents, v. LUJOSAM CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

A. H. KARL, INC., Respondent, v. JULIUS BASHLOW, Appellant, and VINCENZO ZIMBARDI, Defendant.— Judgment of the City Court of Mount Vernon unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

ALEXANDER POLIN, Substituted in the Place and Stead of JOSEPH RUDDOCK, Deceased, on Behalf of Himself and All Other Members of Moving Picture Machine Operators' Union of Greater New York, Local No. 306, of International Alliance of Theatrical Stage Employees and Moving Picture Operators of the United States and Canada, Respondent, v. SAM KAPLAN, as President of Moving Picture Machine Operators' Union of Greater New York, Local No. 306, of International Alliance of Theatrical Stage Employees and Moving Picture Operators of the United States and Canada and Others, Appellants.— Order directing a discovery and inspection affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

RAYMOND ROSSITER, Respondent, v. MUNSON STEAMSHIP LINE, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

SECURITY ASSOCIATES, INC. . (Substituted for ALLEN L. CAREY, Deceased), Respondent, v. YONKERS MANOR COMPANY, Appellant, and Others, Defendants.— Order reversed upon the law and the facts, with ten dollars costs and disbursements of the appeal, and motion to strike out the answer denied, with ten dollars costs. The answer presents issues of fact which should be determined upon a trial. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

SAMUEL STOCK and SAMUEL JAFFE, Respondents, v. BARNETT ZINICK, Also Knwn as BARNEY ZINICK, and CLARKSON BUILDING CORPORATION, Appellants.— Juoment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

GEORGE A. BAHR, Respondent, v. JOSEPH TRAVERS, Defendant, and MARY TRAVERS, Appellant.— Order of the County Court of Nassau county, denying motion of defendant Mary Travers to vacate judgment as against her affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ., concur.

ERNEST D. BARRETT and Others, Appellants, v. SILVERMAN MELTZER PERLMAN CORPORATION, Respondent.— Order changing place of trial from Westchester county to New York county affirmed, with ten dollars costs and disbursements. No opinion. Rich, Young, Scudder and Tompkins, JJ., concur; Lazansky, P. J., dissents upon the ground that one of the parties plaintiff is a resident of Westchester county.